UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

Aubrey Templeton v. Bayer HealthCare Pharmaceuticals Inc., et al.       No. 11-cv-12062-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on November 24, 2015, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                                            **JUSTINE FLANAGAN,**
                                            **ACTING CLERK OF COURT**

                                            BY: /s/*Caitlin Fischer*
                                                **Deputy Clerk**

Digitally signed by Judge David R. Herndon
Date: 2015.12.03 15:56:07 -06'00'

APPROVED:
            DISTRICT JUDGE
            U. S. DISTRICT COURT